IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ANN EDWARDS, INDIVIDUALLY,                                      PLAINTIFF
AND FOR AND ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES
OF GREG EDWARDS, DECEASED

VERSUS                                      NO.: 2:14-cv-0075-DPJ-FKB

SOUTH CENTRAL REGIONAL                                      DEFENDANTS
MEDICAL CENTER and
ALLIANCE HEALTH CENTER, INC.

---

### RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL

---

**COMES NOW**, the Plaintiff, Ann Edwards, and files this Notice of Dismissal of

Alliance Health Center specifically reserving any and all claims against South Central Regional

Medical Center.

This the 9th day of September, 2014.

Respectfully Submitted,

BY:      ___/s/ Walter C. Morrison, IV._____
Walter C. Morrison, IV, MSB No. 9653
**Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC**
240 Trace Colony Park Drive, Ste. 100
Ridgeland, MS 39157
Telephone:  (601) 933-2054
Facsimile:  (601) 933-2050
E-mail:  wmorrison@gainsben.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Pleading was this day forwarded to all counsel of record by depositing a copy of same via:

☐ United States Mail    ☐ Certified Mail

☐ Facsimile    ☐ Hand Delivery

☐ Email    ☐ Overnight Mail

☒ ECF System

THIS the 9th day of September, 2014.

_/s/ Walter C. Morrison, IV_____
WALTER C. MORRISON, IV